FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
## —L.L.P.—
### LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC
6822 W. DESERT CREEK RD.
TUCSON, AZ 85743

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

**DUE UPON RECEIPT**

WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

---

## REMITTANCE COPY

---

SUMMARY OF INVOICES RENDERED THROUGH: 02/28/10

| MATTER | FILE TITLE | FEES | COSTS | TOTAL |
|---|---|---|---|---|
| 56805 | | | | |
| 0002 | BANKRUPTCY | 85000.00 | 0.00 | 85000.00 |
| | TOTAL CURRENT: | 85000.00 | 0.00 | 85000.00 |

```
                        BALANCE FORWARD:      25000.00
                  PAYMENTS AND ADJUSTMENTS:   25000.00-
                              TOTAL DUE:      85000.00
```

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC
6822 W. DESERT CREEK RD.
TUCSON, AZ 85743

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

**DUE UPON RECEIPT**

WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

---

MATTER: 56805.0002 JYS - BANKRUPTCY
INVOICE NUMBER: 591903

PROFESSIONAL SERVICES RENDERED THROUGH 02/28/10:

| | | DATE | HOURS |
|---|---|---|---|
| JAK | COMMUNICATE WITH C. GROGINSKY RE STATUS OF THIRD PRODUCTION | 12/01/09 | 0.30 |
| JAK | DISCUSS CHAPTER 11 BANKRUPTCY FILING AND STRATEGIC CONSIDERATIONS THEREIN WITH J. WILLIS AND J. SAFFER; DISCUSS DOCUMENT REVIEW STATUS AND ISSUES WITH C. GROGINSKY; CORRESPOND WITH CLIENT RE STATUS OF CHAPTER 11 BANKRUPTCY FILING; DISCUSS FACTUAL BACKGROUND NEEDED FOR MOTION TO ASSUME WITH J. SAFFER AND J. WILLIS | 12/02/09 | 0.60 |
| JAK | COMMUNICATIONS RE CH. 11 BANKRUPTCY FILING STATUS | 12/03/09 | 0.20 |
| JSW | WORK ON CHAPTER 11 FILING; TELEPHONE CONFERENCE WITH K. MANSFIELD RE SAME | 12/03/09 | 2.00 |
| JWS | CONFERENCE CALL WITH B. COOK AND K. HARRIS RE STATUS OF BANKRUPTCY FILING AND ADDITIONAL COMMUNICATIONS FROM UNIVERSITY OF HAWAII | 12/03/09 | 0.80 |
| JWS | REVISE DRAFT OF BANKRUPTCY PETITION | 12/03/09 | 0.20 |
| JWS | REVIEW CORRESPONDENCE AND PREPARE DRAFT OF MASTER MAILING LIST AND 20 LARGEST CREDITORS | 12/03/09 | 0.50 |
| JWS | PHONE CONFERENCE WITH B. COOK AND DEVELOP STRATEGY FOR FILING | 12/03/09 | 0.20 |
| JWS | PHONE CONFERENCES WITH B. COOK AND K. HARRIS AND DEVELOP STRATEGY RE TIMING OF CHAPTER 11 FILING | 12/03/09 | 0.40 |
| JWS | REVIEW CORRESPONDENCE AND DEVELOP STRATEGY FOR SETTLEMENT | 12/03/09 | 0.20 |
| JWS | PREPARE DRAFT OF MOTION TO ASSUME | 12/03/09 | 0.20 |
| JWS | PHONE CONFERENCE WITH B. COOK AND DEVELOP STRATEGY FOR FILING BANKRUPTCY AND MOTION TO ASSUME | 12/03/09 | 0.20 |
| JAK | COMMUNICATIONS REGARDING CH. 11 BANKRUPTCY FILING; REVIEW BANKRUPTCY CALENDAR; REVIEW BANKRUPTCY DOCUMENTATION; DRAFT FACT SECTION FOR INCLUSION IN MOTION TO ASSUME AND PROVIDE TO J. SAFFER WITH COMMENTS | 12/04/09 | 3.30 |
| JSW | TELEPHONE CONFERENCES WITH B. COOK AND K. MANSFIELD RE FILING AND RCUH CONTRACT | 12/04/09 | 0.50 |
| JAK | CORRESPOND WITH J. WILLIS AND K. MANSFIELD RE CHAPTER 11 DOCUMENTS AND STATUS OF PRODUCTION OF RCUH CONTRACT TO EOST; REVIEW FILE RE SAME | 12/05/09 | 0.30 |
| JAK | MEETING WITH J. WILLIS AND J. SAFFER TO STRATEGIZE RE BANKRUPTCY APPROACH AND | 12/07/09 | 0.50 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 2

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     | Description | Date | Hours |
|-----|-------------|------|-------|
|     | INITIAL ACTIONS; COMPLETE INITIAL DRAFT OF FACT SECTION FOR MOTION TO ASSUME CONTRACT, COMPILE EXHIBITS AND DELIVER TO J. SAFFER FOR INSERTION INTO MOTION; MEETING WITH J. SAFFER RE MOTION TO ASSUME; FURTHER REVIEW, REVISION AND ADDITION OF RELEVANT FACTS AND EXHIBITS TO MOTION; REVIEW CORRESPONDENCE WITH K. MANSFIELD RE MEETING WITH UNIVERSITY | | |
| JSW | REVIEW AND REVISE MOTION TO ASSUME RCUH CONTRACT; CONFERENCES WITH J. SAFFER AND J. KROEGER RE SAME | 12/07/09 | 1.50 |
| JWS | PREPARE DRAFT OF MOTION TO ASSUME RE LAW SECTION | 12/07/09 | 1.80 |
| JWS | REVISE DRAFT OF MOTION TO ASSUME FACT SECTION TO COMPORT WITH STRATEGY | 12/07/09 | 0.80 |
| JWS | REVISE DRAFTS OF APPLICATION TO EMPLOY AND AFFIDAVIT AND PREPARE DRAFTS OF AFFIDAVIT OF BRUCE COOK | 12/07/09 | 1.60 |
| JWS | CONDUCT LEGAL RESEARCH RE EFFECT OF ASSUMPTION AND REVISE LEGAL ANALYSIS SECTION OF MOTION TO ASSUME | 12/07/09 | 0.50 |
| JWS | PREPARE DRAFTS OF 2016 STATEMENT AND ORDER APPOINTING SNELL AND WILMER | 12/07/09 | 0.50 |
| JAK | COMMUNICATE WITH K. MANSFIELD RE STAY STATUS AND UPCOMING ATD BANKRUPTCY FILING; FINAL REVIEW AND REVISION OF MOTION TO ASSUME CONTRACT AND FILE; DRAFT MOTION FOR EXPEDITED HEARING AND FILE; FORWARD MOTIONS TO K. MANSFIELD AND W. YEHLING, ALONG WITH COMMENTS; CORRESPOND WITH K. MANSFIELD RESPONDING TO QUERY RE PROVISION OF CONTRACT TO EOST; PHONE CONFERENCE WITH K. MANSFIELD AND J. WILLIS RE BANKRUPTCY FILING, MOTION TO ASSUME, AND CONTINUATION OF STAY; CORRESPOND WITH K. MANSFIELD AND W. YEHLING RE ACCEPTANCE OF SERVICE OF MOTION; MEETING WITH B. COOK TO DISCUSS STATUS AND APPROACH TO CASE; REVIEW FILED APPLICATION TO EMPLOY; PHONE CONFERENCE WITH M. MARSH TO DISCUSS UNPAID LEGAL FEES | 12/08/09 | 0.10 |
| JSW | TELEPHONE CONFERENCES WITH B. COOK, K. HARRIS AND J. SAFFER RE MOTION TO ASSUME CONTRACT AND OTHER STRATEGIC ISSUES IN CHAPTER PROCEEDING; FINALIZE MOTION; TELEPHONE CONFERENCE WITH K. MANSFIELD RE RCUH CONTRACT | 12/08/09 | 1.50 |
| JWS | REVISE NOTICE OF FILING MOTION AND ADDRESS SERVICE ISSUES AND PHONE CONFERENCES WITH K. HARRIS AND B. COOK RE FILING | 12/08/09 | 1.20 |
| JWS | DEVELOP STRATEGY FOR PHONE CONFERENCE WITH K. MANSFIELD AND HEARING ON ASSUMPTION OF | 12/08/09 | 0.60 |

**Snell & Wilmer**
———— L.L.P. ————
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 3

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| | EXECUTORY CONTRACT | | |
| JWS | PHONE CONFERENCES WITH C. TURNBULL AND N. MARCH RE SCHEDULING | 12/08/09 | 0.30 |
| JWS | REVISE AFFIDAVIT AND PHONE CONFERENCES WITH B. COOK AND K. HARRIS AND COORDINATE FILING | 12/08/09 | 0.40 |
| JWS | REVISE DRAFTS OF NOTICES OF FIRST DAY MOTION AND APPLICATIONS FOR EMPLOYMENT AND ATTORNEY AFFIDAVIT AND COORDINATE FILING | 12/08/09 | 0.40 |
| JAK | ASSIST WITH LOCATION OF STATUTORY AGENTS FOR SERVICE OF MOTION TO ASSUME CONTRACT; COMMUNICATE WITH K. MANSFIELD RE SAME; REVIEW ORDER SETTING HEARING ON MOTION TO ASSUME; PROVIDE COURTESY COPIES OF HEARING DOCUMENTS TO ALL COUNSEL OF RECORD; CORRESPOND WITH CLIENT RE ATTENDANCE AT TOMORROW'S HEARING; PHONE CONFERENCE WITH M. MARSH TO DISCUSS OUTSTANDING LEGAL FEES AND STATUS OF BANKRUPTCY; REVIEW EOST OBJECTION TO EXPEDITED HEARING SCHEDULE AND COMMUNICATE PROOF OF SERVICE OF NOTICE TO EOST TO J. SAFFER | 12/09/09 | 1.80 |
| JSW | NUMEROUS MEETINGS RE SERVICE AND BANKRUPTCY FILINGS; PREPARE FOR HEARING ON MOTION TO ASSUME CONTRACT | 12/09/09 | 1.50 |
| JWS | COORDINATE SERVICE OF MOTION TO ASSUME AND NOTICE OF HEARING | 12/09/09 | 0.30 |
| JWS | PHONE CONFERENCES WITH N. MA4RCH AND K. NYE RE SCHEDULING | 12/09/09 | 0.40 |
| JWS | REVIEW AND ANALYZE CORRESPONDENCE RE SUSPENSION AND DEVELOP STRATEGY FOR HEARING ON FIRST DAY ORDERS AND MOTION TO ASSUME | 12/09/09 | 0.90 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM B. COOK AND K. HARRIS | 12/09/09 | 0.20 |
| JAK | REVIEW CONTINUATION OF STAY AND CORRESPONDENCE FROM K. MANSFIELD RE SAME; PREPARATION FOR ORAL ARGUMENT WITH J. SAFFER AND J. WILLIS; REVIEW PROPOSED ORDER; DISCUSS UPCOMING STRATEGY WITH J. SAFFER | 12/10/09 | 1.40 |
| JAK | ATTEND BANKRUPTCY HEARING ON MOTION TO ASSUME CONTRACT - NO CHARGE | 12/10/09 | 0.60 |
| JSW | PREPARE FOR AND APPEAR AT HEARING ON MOTION TO ASSUME CONTRACT; CONFERENCE WITH CLIENTS RE SAME | 12/10/09 | 2.00 |
| JWS | PREPARE FOR AND ATTEND HEARING ON MOTION TO ASSUME | 12/10/09 | 1.40 |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND DEVELOP STRATEGY FOR FURTHER PROCEEDINGS | 12/10/09 | 0.20 |
| JWS | PREPARE DRAFT OF FORM OF ORDER AND DEVELOP PHONE CONFERENCES WITH E. FELLA AND COORDINATE LODGING | 12/10/09 | 0.80 |

# Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 4

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| JWS | PHONE CONFERENCES WITH E. FELLA AND C. TURNBULL RE FORM OF ORDER | 12/10/09 | 0.20 |
| JWS | REVIEW RULE 59 REQUIREMENTS AND REVISE DRAFT OF FORM OF ORDER | 12/10/09 | 0.20 |
| JAK | STRATEGIZE RE APPROACH TO SUPERIOR COURT CASE RE INDIVIDUAL DEFENDANTS; COMMUNICATE WITH J. WILLIS AND J. SAFFER RE SAME; PREP FOR MONDAY'S SUPERIOR COURT HEARING TO ENFORCE BANKRUPTCY STAY | 12/11/09 | 0.60 |
| JAK | PREP FOR ORAL ARGUMENT; ATTEND HEARING IN SUPERIOR COURT BEFORE JUDGE TANG; PHONE CONFERENCE WITH J. PENNY TO DISCUSS PENDING BANKRUPTCY AND IMPACT ON HIS CLIENTS; INSTRUCT K. PETERS AS TO FILE | 12/14/09 | 0.10 |
| JSW | PLANNING SESSION WITH J. SAFFER RE BAR DATE AND REMOVAL OF LAWSUIT | 12/14/09 | 0.50 |
| JWS | DEVELOP STRATEGY FOR SUPERIOR COURT HEARING | 12/14/09 | 0.20 |
| JWS | PREPARE CORRESPONDENCE TO E. FELLA RE RULES 59 AND 60 ISSUES | 12/14/09 | 0.10 |
| JWS | REVIEW RESULTS OF HEARING AND DEVELOP STRATEGY FOR POTENTIAL REMOVAL OR EXCEL COMMUNICATIONS MOTION | 12/14/09 | 0.10 |
| JWS | PREPARE CORRESPONDENCE TO K. NYE RE ADEQUATE ASSURANCES OF FUTURE PERFORMANCE | 12/14/09 | 0.10 |
| JWS | RESPOND TO COMMUNICATION FROM SUBCONTRACTOR'S ATTORNEY | 12/14/09 | 0.10 |
| JWS | PHONE CONFERENCE WITH K. NYE AND DEVELOP STRATEGY FOR ASSUMPTION OF AGREEMENT | 12/14/09 | 0.40 |
| JWS | DEVELOP STRATEGY FOR REMOVAL OF SUIT | 12/14/09 | 0.20 |
| JWS | REVIEW CORRESPONDENCE AND DEVELOP STRATEGY RE MOTION TO SET CLAIMS BAR DATE | 12/14/09 | 0.40 |
| JWS | PREPARE DRAFT OF MOTION FOR ORDER SETTING CLAIMS BAR DATE | 12/14/09 | 0.40 |
| JAK | CORRESPONDENCE WITH E. FELLA RE RCUH'S ANTICIPATED OBJECTIONS TO THE ASSUMPTION OF THE CONTRACT; PROVIDE CREDITOR INFORMATION TO J. SAFFER; REVIEW SUMMARY OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FILED IN BANKRUPTCY COURT; REVIEW AND RESPOND TO CLIENT E-MAIL RE TOMORROW'S CALL | 12/15/09 | 0.50 |
| JSW | TELEPHONE CONFERENCE WITH L. A. SMITH RE LITIGATION ISSUES; MAIL WITH E. FELLA RE DISCUSSION OF RCUH POSITION | 12/15/09 | 0.50 |
| JWS | PHONE CONFERENCE WITH L. SMITH RE SETTLEMENT | 12/15/09 | 0.30 |
| JWS | REVISE DRAFTS OF STATEMENTS AND SCHEDULES | 12/15/09 | 0.60 |
| JWS | PREPARE DRAFT OF NOTICE OF FILING AND RESEARCH LOCAL RULE 9013 AND FORM OF ORDER AND DEVELOP STRATEGY FOR EX PARTE CONSIDERATION OF NOTICE | 12/15/09 | 1.20 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM B. COOK RE REVISIONS TO SCHEDULES | 12/15/09 | 0.10 |

**Snell & Wilmer**
———L.L.P.———
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 5

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| JWS | PHONE CONFERENCE WITH B. COOK AND K. HARRIS RE STRATEGY ON CLAIMS BAR DATE | 12/15/09 | 0.20 |
| JWS | PHONE CONFERENCE WITH K. HARRIS RE UST WORKSHEET AND REVISE DRAFTS OF SCHEDULES | 12/15/09 | 0.30 |
| JWS | REVISE DRAFTS OF NOTICE OF FILING MOTION RE CLAIMS BAR DATE AND COORDINATE FILING | 12/15/09 | 0.20 |
| JWS | PHONE CONFERENCE WITH N. MARCH RE STATUS OF AUTOMATIC STAY AND SETTLEMENT | 12/15/09 | 0.30 |
| JAK | REVIEW NEW BANKRUPTCY CALENDAR DATES; PHONE CONFERENCE WITH E. FELLA TO DISCUSS RCUH CONCERNS; PHONE CONFERENCE WITH B. COOK AND K. HARRIS TO DISCUSS STATUS AND NEXT STEPS TO BE TAKEN | 12/16/09 | 1.10 |
| JSW | TELEPHONE CONFERENCE WITH E. FELLA RE UH POSITION ON CONTRACT ASSUMPTION; TELEPHONE CONFERENCE WITH B. COOK AND K. HARRIS RE SAME | 12/16/09 | 1.00 |
| JWS | PHONE CONFERENCE WITH E. FELLA RE STATUS OF ASSUMPTION | 12/16/09 | 0.20 |
| JWS | REVISE DRAFT OF BAR DATE DOCUMENTS AND COORDINATE FILING | 12/16/09 | 0.20 |
| JWS | REVIEW AND ANALYZE MOTION FOR RECONSIDERATION AND DEVELOP STRATEGY FOR ADVERSARY | 12/16/09 | 0.20 |
| JWS | REVISE CREDITOR PAYMENT LIST AND COORDINATE FILING | 12/16/09 | 0.20 |
| JAK | REVIEW RCUH'S MOTION FOR RECONSIDERATION; STRATEGIZE RE RESPONSE; REVIEW LEGAL FEE RECOVERABILITY ARTICLE AND RESEARCH; REVIEW CLIENT CORRESONDENCE RE MILESTONE PAYMENT AND ALLOWABILITY OF LEGAL FEES; MEETING WITH J. WILLIS AND J. SAFFER TO DISCUSS RESPONSE TO RCUH'S MOTION FOR RECONSIDERATION | 12/17/09 | 0.40 |
| JSW | REVIEW RCUH MOTION; TELEPHONE CONFERENCE WITH B. COOK AND K. HARRIS RE SAME AND RE STRATEGY ON ADVERSARY COMPLAINT; WORK ON COMPLAINT | 12/17/09 | 2.00 |
| JWS | DEVELOP STRATEGY FOR RESPONSE TO MOTION FOR RECONSIDERATION | 12/17/09 | 0.20 |
| JWS | PHONE CONFERENCE WITH C. TURNBULL AND DEVELOP STRATEGY FOR RESPONSE AND FILING OF ADVERSARY | 12/17/09 | 0.60 |
| JAK | COMPLETE INITIAL DRAFT OF ADVERSARY PROCEEDINGS COMPLAINT; REVIEW AND REVISION OF RESPONSE TO RCUH'S OBJECTION TO MOTION TO ASSUME; DRAFT VERIFICATION FOR B. COOK FOR THE COMPLAINT; REVIEW LETTER FROM AIR FORCE PROVIDED BY K. MANSFIELD AND DISCUSS RESPONSE WITH J. WILLIS | 12/18/09 | 0.10 |
| JSW | REVIEW AND REVISE ADVERSARY COMPLAINT AND | 12/18/09 | 1.00 |

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
———L.L.P.———
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 6

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     |                                                                                                                                                                                                                                                                              |          |      |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | -------- | ---- |
|     | RESPONSE TO MOTION BY RCUH TO RECONSIDER ASSUMPTION OF CONTRACT                                                                                                                                                                                                              |          |      |
| JWS | PREPARE RESPONSE IN SUPPORT OF MOTION TO ASSUME                                                                                                                                                                                                                              | 12/18/09 | 1.20 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM K. HARRIS RE AIR FORCE LETTER                                                                                                                                                                                                      | 12/19/09 | 0.10 |
| JAK | REVIEW K. HARRIS LETTER AND CORRESPOND WITH K. HARRIS RE CONTENTS OF LETTER; REVIEW BANKRUPTCY MOTION TO SET BAR DATE                                                                                                                                                        | 12/20/09 | 0.40 |
| JAK | MEETING WITH J. SAFFER AND J. WILLIS TO DISCUSS RESPONSE TO RCUH OBJECTION, ADVERSARY PROCEEDINGS COMPLAINT AND AIR FORCE LETTER; REVISION OF ADVERSARY PROCEEDINGS COMPLAINT; REVIEW PROPOSED LANGUAGE RE EVENTS LEADING TO BANKRUPTCY; REVIEW J. PENNY LETTER RE UNPAID LEGAL FEES | 12/21/09 | 1.80 |
| JSW | WORK ON DECLARATORY COMPLAINT; ANALYZE RCUH POSITION ON CONTRACT; REVIEW OPPOSITION TO RCUH MOTION TO RECONSIDER CONTRACT ASSUMPTION                                                                                                                                         | 12/21/09 | 1.00 |
| JWS | DEVELOP STRATEGY FOR FILING COMPLAINT AND RESPONSE                                                                                                                                                                                                                           | 12/21/09 | 0.30 |
| JWS | REVISE DRAFT OF ADVERSARY COMPLAINT                                                                                                                                                                                                                                          | 12/21/09 | 1.40 |
| JWS | PHONE CONFERENCE WITH K. NYE RE STATUS OF BANKRUPTCY AND ADVERSARY                                                                                                                                                                                                           | 12/21/09 | 0.20 |
| JAK | CORRESPONDENCE RE ADVERSARY PROCEEDING CLAIMS; REVIEW J. SAFFER CORRESPONDENCE TO CLIENT RE ALLOWABILITY OF ATTORNEY FEES AND CLIENT RESPONSE; REVIEW AND REVISE B. COOK VERIFICATION; REVIEW ADVERSARY PROCEEDING FILING AND CORRESPOND RE SERVICE OF COMPLAINT              | 12/22/09 | 0.70 |
| JSW | CONFERENCE WITH J. SAFFER RE RCUH CONTACTS AND INTENTION TO TERMINATE; TELEPHONE CONFERENCE WITH B. COOK AND K. HARRIS RE SAME                                                                                                                                               | 12/22/09 | 1.00 |
| JWS | PHONE CONFERENCES WITH B. COOK AND K. HARRIS AND REVIEW FARS AND DEVELOP STRATEGY FOR COMPLAINT                                                                                                                                                                              | 12/22/09 | 1.20 |
| JWS | PHONE CONFERENCES WITH B. COOK AND K. HARRIS RE UST REQUIREMENTS AND PACKET AND DEVELOP STRATEGY FOR INTERVIEW                                                                                                                                                               | 12/22/09 | 0.30 |
| JAK | REVIEW AND ORGANIZATION OF FILE; STRATEGIZE WITH J. WILLIS AND J. SAFFER RE NEXT STEPS IN BANKRUPTCY AND ADDRESSING RCUH RELATIONSHIP WITH K. MANSFIELD; REVIEW VARIOUS CORRESPONDENCE AND MATERIALS PROVIDED BY CLIENT                                                       | 12/23/09 | 0.90 |
| JSW | TELEPHONE CONFERENCE WITH B. COOK RE RCUH; TELEPHONE CONFERENCE WITH K. MANSFIELD RE SAME; MEET WITH J. SAFFER RE STRATEGY                                                                                                                                                   | 12/23/09 | 0.50 |

**Snell & Wilmer**
——— L.L.P. ———
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 7

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| JWS | REVIEW CORRESPONDENCE FROM B. COOK AND PHONE CONFERENCE WITH B. COOK AND DEVELOP STRATEGY FOR CONTINUED PROSECUTION OF ADVERSARY | 12/23/09 | 0.70 |
| JWS | COORDINATE SERVICE OF SUMMONS AND PREPARE CORRESPONDENCE TO S. DARCY | 12/23/09 | 0.30 |
| JWS | PHONE CONFERENCE WITH N. MARCH RE SERVICE OF COMPLAINTAND SUMMONS | 12/23/09 | 0.10 |
| JAK | REVIEW LETTER FROM CLIENT RE LEGAL FEES POSITION AND CORRESPOND WITH J. WILLIS RE SAME | 12/27/09 | 0.20 |
| JAK | REVIEW CORRESPONDENCE RE STRATEGIC POSITION TO BE COMMUNICATED TO RCUH; PHONE CONFERENCE WITH CLIENT RE STATUS OF CASE AND PHONE CALL WITH K. MANSFIELD; MEETING WITH J. WILLIS TO DISCUSS UPCOMING STRATEGIC APPROACH | 12/28/09 | 0.40 |
| JSW | REVIEW LETTER TO MANSFIELD; TELEPHONE CONFERENCE WITH B. COOK RE SAME | 12/28/09 | 1.00 |
| JWS | REVIEW STATUS OF DOCKET AND SERVICE OF ADVERSARY AND DEVELOP STRATEGY FOR AFFIDAVIT OF SERVICE | 12/28/09 | 0.20 |
| JWS | PHONE CONFERENCE WITH L. KORKLAIN RE DOCUMENTS AND INTERVIEW | 12/28/09 | 0.20 |
| JSW | TELEPHONE CONFERENCE WITH B. COOK AND K. HARRIS RE MEETING WITH UH AND LITIGATION ISSUES; ITC J. SAFFER RE BANKRUPTCY ISSUES | 12/29/09 | 1.00 |
| JWS | PHONE CONFERENCE WITH B. COOK RE STATUS OF INITIAL DEBTOR INTERVIEW | 12/29/09 | 0.80 |
| JAK | COMMUNICATIONS RE STATUS AND UPCOMING FILINGS | 12/30/09 | 0.20 |
| JAK | COMMUNICATIONS WITH B. PENNY RE INDEMNIFICATION AND CLAIMS BAR DATE | 01/04/10 | 0.20 |
| JWS | MEETING WITH K. NYE AND DEVELOP STRATEGY FOR FURTHER OPPOSITION TO MOTION FOR RECONSIDERATION | 01/04/10 | 0.30 |
| JWS | REVIEW NOTICE OF HEARING AND PREPARE CORRESPONDENCE TO K. NYE AND E. FELLA | 01/05/10 | 0.20 |
| JWS | REVIEW FINANCIAL DOCUMENTS AND DEVELOP STRATEGY FOR INTERVIEW | 01/05/10 | 0.10 |
| JAK | COMMUNICATIONS RE UPCOMING HEARING SCHEDULE AND K. MANSFIELD RESPONSE | 01/06/10 | 0.20 |
| JSW | LENGTHY TELEPHONE CONFERENCE WITH K. MANSFIELD AND J. SAFFER RE RCUH POSITION ON CONTRACT TERMINATION; REVIEW MARLAR ORDERS | 01/06/10 | 1.50 |
| JWS | REVIEW ORDER AND PHONE CONFERENCE WITH E. FELLA RE RESPONSE TO MOTION FOR RECONSIDERATION | 01/06/10 | 0.30 |
| JWS | PHONE CONFERENCE WITH K. MANSFIELD RE SETTLEMENT | 01/06/10 | 0.60 |
| JSW | CONFERENCES WITH B. COOK AND K. HARRIS RE | 01/07/10 | 2.00 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 8

DUE UPON RECEIPT
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|  |  |  |  |
|---|---|---|---|
|  | UH; TELEPHONE CONFERENCE WITH COUNSEL FOR UH RE CONTRAT TERMINATION AND EOST BID PROTEST |  |  |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND PREPARE FOR INTERVIEW | 01/07/10 | 1.10 |
| JWS | ATTEND INTERVIEW WITH UST | 01/07/10 | 0.70 |
| JWS | PHONE CONFERENCE WITH K. NYE AND K. MANSFIELD RE SETTLEMENT | 01/07/10 | 0.60 |
| JWS | MEETING WITH B. COOK AND K. HARRIS RE DEVELOP STRATEGY FOR 341 | 01/07/10 | 0.20 |
| JSW | TELEPHONE CONFERENCE WITH B. COOK AND K. HARRIS RE DISCUSSIONS WITH UH COUNSEL | 01/08/10 | 1.00 |
| JWS | PHONE CONFERENCE WITH B. COOK AND K. HARRIS RE STATUS | 01/08/10 | 0.50 |
| JSW | TELEPHONE CONFERENCE WITH L. SMITH RE EOST LITIGATION PLAN; CONFERENCE WITH J. SAFFER RE SAME | 01/11/10 | 0.50 |
| JWS | REVISE DRAFTS OF RENEWED MOTION TO SET CLAIMS BAR DATE AND COORDINARTE FILING | 01/11/10 | 0.20 |
| JWS | PHONE CONFERENCE WITH E. FELLA RE PLAN | 01/11/10 | 0.30 |
| JAK | MEETING WITH J. SAFFER AND J. WILLIS TO DISCUSS SUPPLEMENTAL RESPONSE TO MOTION FOR RECONSIDERATION AND ADDITIONAL FACTUAL DETAIL REQUIRED; BEGIN DRAFTING SUPPLEMENTAL RESPONSE BRIEF | 01/12/10 | 1.60 |
| JWS | DEVELOP STRATEGY FOR REPLY BRIEF | 01/12/10 | 0.30 |
| JAK | REVIEW ACCOUNTING DOCUMENTATION PROVIDED BY CLIENT FOR INCLUSION IN SUPPLEMENTAL BRIEF; COMPLETE INITIAL DRAFT OF SUPPLEMENTAL BRIEF | 01/13/10 | 0.10 |
| JSW | CONFERENCE WITH J. SAFFER RE 341 EXAMINATION AND ASSUMPTION OF CONTRACT | 01/13/10 | 0.50 |
| JWS | PHONE CONFERENCE WITH B. COOK RE STRATEGY ON CONTINUANCE | 01/13/10 | 0.20 |
| JWS | PHONE CONFERENCE WITH N. MARCH RE 341 AND SETTLEMENT | 01/13/10 | 0.40 |
| JWS | REVIEW SETTLEMENT ANALYSIS AND DEVELOP STRATEGY FOR MEETING WITH K. NYE AND 341 | 01/13/10 | 0.30 |
| JWS | PHONE CONFERENCES WITH K. NYE AND E. FELLA RE CONTINUANCE FOR HEARING ON ASSUMPTION AND SETTLEMENT | 01/13/10 | 0.60 |
| JWS | PREPARE STIPULATION TO CONTINUE AND DEVELOP STRATEGY FOR 341 | 01/13/10 | 0.40 |
| JAK | COMMUNICATE WITH J. WILLIS RE SUPPLEMENTAL BRIEF IN RESPONSE TO MOTION TO RECONSIDER; MEETING WITH J. SAFFER AND CLIENT TO DISCUSS CONTRACT AND ARGUMENT FOR PAYMENT OF WORK PERFORMED SINCE MILESTONE PAYMENT | 01/14/10 | 0.40 |
| JWS | ATTEND 341 | 01/14/10 | 0.90 |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND PREPARE FOR 341 MEETING AND SETTLEMENT | 01/14/10 | 0.70 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 9

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| | DISCUSSIONS | | |
| JWS | REVIEW ACCOUNTING AND DEVELOP STRATEGY FOR SETTLEMENT | 01/14/10 | 0.40 |
| JWS | PHONE CONFERENCE WITH N. MARCH RE ISSUES RAISED AT 341 | 01/14/10 | 0.20 |
| JWS | PHONE CONFERENCES WITH E. FELLA AND K. NYRE RE CONTINUANCE OF JANUARY 19 HEARING AND OTHER SETTLEMENT ISSUES | 01/14/10 | 0.30 |
| JAK | MEETING WITH J. SAFFER TO DISCUSS REQUEST FOR BRIEFING SCHEDULE AND STATUS; REVIEW AND REVISION OF SUPPLEMENTAL BRIEF RESPONDING TO MOTION FOR RECONSIDERATION INCORPORATING J. WILLIS' REVISIONS | 01/15/10 | 0.70 |
| JSW | STRATEGIZE RE HEARING ON RCUH MOTION TO RECONSIDER; REVISE OPPOSITOIN TO SAME | 01/15/10 | 1.00 |
| JWS | PREPARE DRAFT OF REPLY IN SUPPORT OF MOTION TO ASSUME AND COORDINATE FILING | 01/15/10 | 1.00 |
| JWS | REVIEW SETTLEMENT OPTIONS AND PHONE CONFERENCE WITH K. NYE RE JANUARY 19 HEARING | 01/15/10 | 0.60 |
| JAK | COMMUNICATIONS WITH J. SAFFER AND J. WILLIS RE HEARING ON MOTION FOR RECONSIDERATION BY RCUH | 01/18/10 | 0.20 |
| JAK | COMMUNICATIONS WITH J. WILLIS AND J. SAFFER RE UPCOMING HEARING AND PROVISION OF RELEVANT DOCUMENTATION TO J. WILLIS; DEBRIEFING MEETING WITH CLIENT; MEETING WITH J. SAFFER TO DISCUSS NEXT ACTIONS TO BE TAKEN IN CASE | 01/19/10 | 0.50 |
| JAK | ATTEND HEARING ON MOTION FOR RECONSIDERATION | 01/19/10 | 0.80 |
| JSW | PREPARE FOR AND APPEAR AT HEARING ON RCUH'S MOTION TO RECONSIDER; CONFERENCE WITH CLIENTS RE STRATEGY | 01/19/10 | 2.00 |
| JWS | PREPARE FOR AND ATTEND HEARING RE MOTION FOR RECONSIDERATION AND DEVELOP STRATEGY FOR SETTLEMENT | 01/19/10 | 1.50 |
| JAK | REVIEW CLIENT COMMUNICATIONS WITH K. COMPTON RE ALLOWABILITY OF LEGAL FEES; REVIEW E-MAIL FROM CLIENT RE PHONE CALL WITH L. HERRERA RE SAME | 01/20/10 | 0.20 |
| JWS | PHONE CONFERENCE WITH K. HARRIS RE COMMUNICATIONS WITH AIR FORCE | 01/20/10 | 0.10 |
| JWS | PHONE CONFERENCE WITH K. NYE AND E. FELLA RE STATUS OF ANSWER AND TRIAL AND SETTLEMENT | 01/20/10 | 0.30 |
| JAK | REVIEW CLIENT CORRESPONDENCE RE HEARING DATES; DISCUSS STATUS OF CASE WITH J. SAFFER | 01/21/10 | 0.10 |
| JAK | FURTHER CORRESPONDENCE RE HEARING DATE; REVIEW EOST ANSWER; REVIEW EOST MOTION FOR SCHEDULING CONFERENCE; DISCUSS SAME WITH J. SAFFER | 01/22/10 | 0.60 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 10

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| JSW | WORK ON DEFENSES TO EOST'S CLAIMS; STRATEGY SESSION WITH J. SAFFER | 01/22/10 | 0.70 |
| JWS | REVIEW DOCKET AND DEVELOP STRATEGY FOR ANSWER | 01/22/10 | 0.10 |
| JWS | REVIEW MOTION FOR STATUS CONFERENCE AND DEVELOP STRATEGY FOR OPPOSITION | 01/23/10 | 0.40 |
| JAK | REVIEW FILE AND PROVIDE RELEVANT DATES AND DISCOVERY DOCUMENTS TO J. SAFFER; STRATEGIZE WITH J. SAFFER AS TO CHARACTERIZATION OF ATD'S EFFORTS TO OBTAIN IDENTIFICATION OF TRADE SECRETS FROM EOST; ASSIST WITH DRAFTING FACTUAL BACKGROUND FOR REQUEST FOR SCHEDULING CONFERENCE; DRAFT DEPOSITION NOTICE FOR B. GREENE; REVIEW RESPONSE TO MOTION FOR SCHEDULING ORDER | 01/25/10 | 2.20 |
| JSW | CONFERENCE WITH J. SAFFER RE EOST REQUEST FOR DISCOVERY SCHEDULE; REVIEW AND REVISE RESPONSE TO COURT | 01/25/10 | 1.50 |
| JWS | REVIEW DISCOVERY OUTLINE AND PREPARE DRAFT OF JOINDER IN SCHEDULING CONFERENCE | 01/25/10 | 1.80 |
| JWS | PHONE CONFERENCE WITH N. MARCH AND COURT RE SCHEDULING | 01/25/10 | 0.20 |
| JWS | REVISE DRAFT OF JOINDER AND PREPARE CORRESPONDENCE TO K. HARRIS AND B. COOK | 01/25/10 | 1.40 |
| JAK | PROVIDE DOCUMENTATION IN SUPPORT OF RESPONSE TO MOTION FOR RESCHEDULING CONFERENCE; REVIEW RESPONSE TO MOTION FOR RESCHEDULING CONFERENCE | 01/26/10 | 0.20 |
| JSW | MEET WITH B. COOK, K. HARRIS AND J. SWENSON RE CLAIM AGAINST RCUH | 01/26/10 | 1.50 |
| JWS | REVISE JOINDER IN MOTION FOR SCHEDULING ORDER AND COORDINATE FILING | 01/26/10 | 1.00 |
| JWS | PHONE CONFERENCE WITH C. TURNBULL AND N. MARCH RE SCHEDULING | 01/26/10 | 0.30 |
| JAK | CORRESPONDENCE RE HEARING DATE AND TIME FOR SCHEDULING CONFERENCE | 01/27/10 | 0.10 |
| JWS | PHONE CONFERENCE WITH C. TURNBULL AND PREPARE NOTICE OF HEARING | 01/27/10 | 0.20 |
| JSW | REVIEW SWENSON LETTER; EMAIL WITH B. COOK AND K. HARRIS RE SAME | 01/29/10 | 0.50 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM K. HARRIUS AND B. COOK RE SETTLEMENT WITH RCUH | 01/29/10 | 0.20 |
| JSW | REVIEW SWENSON ANALYSIS; PREPARE FOR MEETING WITH J. SAFFER RE SAME | 01/31/10 | 0.50 |
| JSW | CONFERENCE WITH J. SAFFER RE ACCOUNTANT'S REPORT; TELEPHONE CONFERENCE WITH K. MANSFIELD RE TERMINATION CHARGES | 02/01/10 | 0.30 |
| JWS | REVIEW CORRESPONDENCE AND DEVELOP STRATEGY FOR HEARING | 02/01/10 | 0.20 |
| JAK | STRATEGIZE WITH J. SAFFER RE DEPOSITION OF | 02/02/10 | 0.60 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 11

**DUE UPON RECEIPT**

WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     |                                                                                                                                                                                                                                                                                                                                                                                                                                     |          |      |
| --- | --- | --- | --- |
|     | B. GREENE; CONTACT L. SMITH TO DISCUSS DEPOSITION OF B. GREENE AND AVAILABLE DATES; CORRESPOND RE SAME WITH J. SAFFER |          |      |
| JWS | DEVELOP STRATEGY ON TIMING OF DEPOSITION OF B. GREENE | 02/02/10 | 0.10 |
| JAK | CORRESPOND WITH L. SMITH RE B. GREENE AVAILABILITY FOR DEPOSITION; COMMUNICATE WITH J. SAFFER RE SAME | 02/03/10 | 0.20 |
| JAK | PHONE CONFERENCE WITH L. SMITH RE PROPOSED DISCOVERY SCHEDULE AND TRIAL DATE; PREP FOR AND ATTEND ORAL ARGUMENT; DE-BRIEF CLIENT; CALENDAR APPROPRIATE DATES; DRAFT LETTER TO OPPOSING COUNSEL REQUESTING 30(B)(6) DEPOSITION | 02/04/10 | 0.40 |
| JWS | PHONE CONFERENCE WITH L. SMITH RE STATUS OF DISCOVERY | 02/04/10 | 0.50 |
| JWS | REVIEW FILINGS AND EXHIBITS AND DEVELOP STRATEGY FOR HEARING | 02/04/10 | 1.00 |
| JWS | PHONE CONFERENCES WITH K. NYE AND E. FELLA RE STATUS OF RCUH SETTLEMENT | 02/04/10 | 0.30 |
| JWS | PHONE CONFERENCES WITH B. COOK AND K. HARRIS AND PREPARE FORE HEARING | 02/04/10 | 0.30 |
| JWS | REVISE DRAFT OF DISCOVERY LETTER | 02/04/10 | 0.20 |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND PREPARE FOR AND ATTEND SCHEDULING HEARING | 02/04/10 | 1.00 |
| JAK | CORRESPONDENCE WITH L. SMITH AND CLIENT AND SET-UP DEPOSITION SCHEDULE; PHONE CONFERENCE WITH CLIENT TO DISCUSS DEPOSITION SCHEDULE AND OTHER POTENTIAL WITNESSES; FOLLOW-UP CORRESPONDENCE WITH CLIENT AND OPPOSING COUNSEL; DRAFT SUBPOENA FOR K. GONZALES; DRAFT DEPOSITION NOTICE FOR B. GREENE; STRATEGIZE RE DEPOSITION WITNESSES; COMMUNICATIONS WITH CLIENT RE SAME; DRAFT LETTER TO L. SMITH RE-ISSUING DISCOVERY; PREP WITNESS LIST AND DOCS FOR COUNSEL STRATEGY SESSION | 02/05/10 | 0.40 |
| JSW | WORK ON DISCOVERY SCHEDULE; TELEPHONE CONFERENCE WITH K. NYE AND K. MANSFIELD RE POSSIBLE TERMINATION OF CONTRACT AND EOST CLAIMS AGAINST THE UNIVERSITY; CONFERENCE WITH J. KROEGER RE DEPOSITIONS | 02/05/10 | 1.00 |
| JAK | REVIEW PRO HAC VICE APPLICATIONS AND SUBPOENAS FILED BY OPPOSING COUNSEL; CORRESPOND WITH CLIENT AND J. WILLIS RE SAME | 02/06/10 | 0.50 |
| JAK | STRATEGIC MEETING WITH J. WILLIS AND J. SAFFER TO DISCUSS TRIAL AND DEPOSITION PREPARATION AND STRATEGY; CULL SIGNIFICANT DOCUMENTS AND PROVIDE TO CO-COUNSEL; CORRESPOND WITH C. GROGINSKY RE DOCUMENT PRODUCTION | 02/07/10 | 0.20 |

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
——L.L.P.——
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 12

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| JSW | PLANNING MEETING WITH J. KROEGER AND J. SAFFER; REVIEW KEYNER DEPOSITION | 02/07/10 | 1.50 |
| JWS | REVIEW DOCIUMENTS AND CORRESPONDENCE AND DEVELOP STRATEGY FOR WITNESS PREPARATION AND DEPOSITIONS AND TRIAL ON MERITS | 02/07/10 | 2.00 |
| JAK | DRAFT CORRESPONDENCE TO L. SMITH RE DISCOVERY SUPPLEMENTATION; SUBPOENA DOCUMENTS AND PRELIMINARY EXCHANGE OF WITNESSES AND EXHIBITS; REVIEW NEW SUPBOENAS AND DOCUMENT REQUESTS ISSUED BY EOST; REVIEW AND REVISION OF TIMELINE OF RELEVANT EVENTS TO UPDATE; IDENTIFICATION AND ASSIMILATION OF TRIAL EXHIBITS; STRATEGIC MEETING WITH CO-COUNSEL RE DOCUMENT PRODUCTION AND OTHER PENDING DISCOVERY REQUESTS; CORRESPOND WITH ALL COUNSEL RE B. GREENE DEPOSITION DETAILS; CORRESPOND WITH OPPOSING COUNSEL RE B. GREENE DEPOSITION DOCUMENTATION; REVIEW DEPOSITION SUBPOENAS ISSUED BY OPPOSING COUNSEL; DRAFT ADDITIONAL DISCOVERY TO BE SERVED ON EOST | 02/08/10 | 0.40 |
| JSW | WORK ON DISCOVERY ISSUES AND PREPARE FOR DEPOSITIONS; CONFERENCE WITH J. SAFFER AND J. KROEGER RE LITIGAITON STRATEGY | 02/08/10 | 3.00 |
| JWS | REVIEW CORRESPONDENCE AND SUBPOENA AND PREPARE CORRESPONDENCE TO J. KROEGER AND J. WILLIS RE STATUS OF RESPONSE | 02/08/10 | 0.60 |
| JWS | DEVELOP STRATEGY FOR RESPONSES TO REQUESTS FOR PRODUCTION | 02/08/10 | 0.40 |
| JWS | REVIEW PRIOR PRODUCTIONS IN CONCORDANCE DATABASE AND DEVELOP STRATEGY FOR PRIVILEGE REVIEW | 02/08/10 | 0.70 |
| JWS | PHONE CONFERENCE WITH K. NYE RE RESPONSE TO SUBPOENA | 02/08/10 | 0.20 |
| JWS | REVIEW CORRESPONDENCE AND SUBPOENA AND PREPARE CORRESPONDENCE TO K. MANSFIELD AND K. NYE | 02/08/10 | 0.30 |
| JWS | REVIEW MOTIONS FOR ADMISSION AND AFFIDAVITS | 02/08/10 | 0.10 |
| JWS | CONDUCT INITIAL PRIVILEGE REVIEW RE ATTORNEY CLIENT PRIVILEGE DOCUMENTS RE THIRD PRODUCTION | 02/08/10 | 1.80 |
| JWS | CONDUCT EXPANDED PRIVILEGE REVIEW RE THIRD PRODUCTION | 02/08/10 | 0.80 |
| JAK | IDENTIFY, TAG AND PREPARE IMPORTANT DOCUMENTS FOR TRIAL AND B. GREENE DEPOSITION; COMPLETE UPDATED TIMELINE OF RELEVANT EVENTS; REVIEW E-MAILS PROVIDED BY OPPOSING COUNSEL; REVIEW EOST DISMISSAL OF ATD FROM STATE COURT ACTION; REVIEW PROPOSED DEPOSITION QUESTIONS FROM CLIENT; | 02/09/10 | 3.80 |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

FEDERAL TAX ID NUMBER 86-0089731

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 13

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| | ADD ADDITIONAL PROPOSED QUESTIONS; REVIEW AND REVISE DISCOVERY LETTER TO EOST; REVIEW M. SIMMONS DEPOSITION NOTICE AND FORWARD TO CLIENT WITH INSTRUCTIONS; REVIEW B. GREENE DEPOSITION EXHIBIT INDEX AND PROVIDE TO J. WILLIS | | |
| JSW | ATTEND TO DISCOVERY ISSUES; CONFERENCE WITH J. SAFFER RE SDT TO UH AND DEPOSITION SCHEDULING; TELEPHONE CONFERENCE WITH L. SMITH RE GREENE DEPOSITOIN DETAILS; TELEPHONE CONFERENCE WITH K. NYE RE SDT TO UH; PREPARE FOR ATD DEPOSITIONS | 02/09/10 | 2.00 |
| JWS | REVIEW TRIAL EXHIBITS AND DEVELOP STRATEGY FOR DEPOSIRTION PREP OF K. HARRIS AND B. COOK | 02/09/10 | 2.20 |
| JWS | REVIEW AND ANALYZE CORRESPONDENCE FROM K. NYE AND K. MANSFIELD AND PREPARE CORRESPONDENCE TO B. COOK AND K. HARRIS | 02/09/10 | 0.40 |
| JWS | PREPARE CORRESPONDENCE TO L. SMITH AND M. MARCH RE DISCLOSURE LETTER | 02/09/10 | 0.80 |
| JAK | STRATEGIC DISCUSSION WITH J. SAFFER RE B. GREENE DEPOSITION AND OVERALL CASE THEME AND STRATEGY; REVIEW SIMMONS DEPOSITION SUBPOENA; BEGIN DRAFTING PRETRIAL MEMORANDUM, EXHIBIT LIST AND WITNESS LIST; PHONE CONFERENCE WITH OPPOSING COUNSEL TO DISCUSS DOCUMENT PRODUCTION; REVIEW AND DISCUSS PROVISION OF ATTORNEY-CLIENT PRIVILEGED MATERIALS TO UNIVERSITY | 02/10/10 | 0.30 |
| JSW | REVIEW KEYNER DEPSOSITION AND POTENTIAL EXHIBITS TO GREENE DEPOSITION; CONFERENCES WITH J. SAFFER AND J. KROEGER RE DISCOVERY ANS TRIAL PRESENTATION | 02/10/10 | 2.00 |
| JWS | COMPLETE PRIVILEGE REVIEW | 02/10/10 | 0.60 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM K. HARRIS AND B. COOK RE DISCLOSURE | 02/10/10 | 0.10 |
| JWS | PARTICIPATE IN STRATEGY CONFERENCE RE DEPOSITIONS AND WITNESSES AND DRAFTING OF PRETRIAL STATEMENT | 02/10/10 | 0.40 |
| JAK | REVIEW NOTICE OF WILL BURGETT DEPOSITION AND STRATEGIZE RE SAME; PHONE MESSAGE FROM K. MANSFIELD; CONTINUE DRAFTING JOINT PRETRIAL STATEMENT, WITNESS AND EXHIBIT LIST; STRATEGIC MEETING TO DISCUSS DISCOVERY, DEPOSITIONS, AND TRIAL STRATEGY; DRAFT CORRESPONDENCE ADDRESSING VARIOUS PENDING DISCOVERY ISSUES; E-MAIL OPPOSING COUNCEL RE VARIOUS DISCOVERY ISSUES; REVIEW SUBPOENAS ISSUED TO RCUH; PHONE CONFERENCES WITH CLIENT TO DISCUSS PRODUCTION AND STRATEGIC ISSUES; DRAFT AND | 02/11/10 | 0.70 |

FEDERAL TAX ID NUMBER 86-0089731

## Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 14

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     | Description | Date | Hours |
| --- | --- | --- | --- |
|     | SUBMIT ADDITIONAL DISCOVERY REQUESTS TO EOST FOR EMPLOYMENT PAPERWORK; REVIEW J. MORGAN DEPOSITION SUBPOENA | | |
| JSW | CONTINUED PREPARATION FOR DEPOSITIONS AND HEARING; REVIEW ATD PROPOSAL; TELEPHONE CONFERENCE WITH K. MANSFIELD RE UH DOCUMENTS | 02/11/10 | 3.50 |
| JWS | REVISE DRAFT OF CORRESPONDENCE TO N. MARCH AND L. SMITH RE PRIVILEGE AND CLAWBACK AND DISCLOSURE | 02/11/10 | 0.40 |
| JWS | DEVELOP STARTEGY FOR DEPOSITIONS OF K. HARRIS AND W. BURDGETT | 02/11/10 | 0.70 |
| JWS | REVIEW NOTES FROM A. LEOFF AND DEVELOP STARTEGY FOR REQUEST FOR ADDITIONAL DOCUMENTS | 02/11/10 | 0.60 |
| JWS | REVIEW CORRESPONDENCE AND DOCUMENTS AND DEVELOP DEPOSITION OUTLINE FOR K. HARRIS AND B. COOK | 02/11/10 | 0.50 |
| JWS | PHONE CONFERENCE WITH B. COOK RE PRODUCTION | 02/11/10 | 0.10 |
| JWS | REVIEW CORRESPONDENCE AND REVISE PRETRIAL STATEMENT | 02/11/10 | 1.10 |
| JAK | VARIOUS COMMUNICATIONS REGARDING PENDING DISCOVERY ISSUES; CONTINUE DRAFTING PRETRIAL MEMORANDUM; ISSUE B. GREENE DEPOSITION EXHIBITS TO OPPOSING COUNSEL; DRAFT COVER LETTER TO ACCOMPANY SUPPLEMENTAL PRODUCTION; PHONE CONFERENCE WITH L. SMITH TO DISCUSS PENDING DISCOVERY ISSUES; MEETING TO DISCUSS E-PRODUCTION ISSUES AND FORMAT; PHONE CONFERENCE WITH J. PENNY TO DISCUSS M. SIMMONS DEPOSITION; PROVIDE PERTINENT DOCUMENTATION TO J. PENNY RE M. SIMMONS DEPOSITION; REVIEW SUBPOENA RESPONSE DOCUMENTS FROM S. SCHIER; REVIEW EOST DISCOVERY RESPONSES; DELIVER ATD PRODUCTION DVDS TO L. SMITH | 02/12/10 | 0.40 |
| JSW | CONTINUED REVIEW OF KEYNER DEPOSITION; REVIEW DISCOVERY RESPONSES BY EOST; WORK ON TRIAL PRESENTATION; CONFERENCES WITH J. SAFFER AND J. KROEGER RE PRETRIAL STATEMENT AND DEPOSITIONS | 02/12/10 | 4.00 |
| JWS | REVIEW CORRESPONDENCE AND COORDINATE PRODUCTION OF DOCUMENTS | 02/12/10 | 0.80 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM N. MARCH AND L. SMITH AND DEVELOP STARTEGY FOR SUBPOENAS TO UNIVERSITY OF HAWAII | 02/12/10 | 0.40 |
| JWS | MEETING WITH K. NYE RE CASE STATUS | 02/12/10 | 0.20 |
| JAK | CONTINUE DRAFTING PRETRIAL STATEMENT OF THE CASE; REVIEW DOCUMENTS PRODUCED BY EOST; REVIEW PROPOSED B. GREENE DEPOSITION QUESTIONS AND REVISE ACCORDINGLY; REVIEW M. SIMMONS COMMUNICATIONS; REVIEW EOST | 02/13/10 | 1.30 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 15

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     |                                                                                                                                                                                                                                                                                                                                                                                                                          |          |      |
| --- | ---- | ---- | ---- |
|     | INTERROGATORY RESPONSES | | |
| JAK | CONTINUE DRAFTING JOINT PRETRIAL STATEMENT; LEGAL RESEARCH AND INSERTION INTO PRETRIAL STATEMENT | 02/14/10 | 0.20 |
| JWS | REVIEW MARKUP AND INTERROGATORY RESPONSES AND DEVELOP STARTEGY FOR DEPOSITION | 02/14/10 | 1.00 |
| JWS | MEETING WITH B. COOK AND K. HARRIS RE INTERROGATORY RESPONSES AND PREPARE FOR DEPOSITIONS | 02/14/10 | 4.50 |
| JAK | CONTINUE DRAFTING EXHIBIT AND WITNESS LISTS; COMMUNICATIONS RE TECHNOLOGY USE AT TRIAL; STRATEGY MEETING WITH J. WILLIS AND J. SAFFER TO DISCUSS DEPOSITION PREP, TRIAL STRATEGY AND EXHIBITS, AND DELEGATION OF DUTIES; VARIOUS CORRESPONDENCE WITH CLIENT AND OPPOSING COUNSEL REGARDING DISCOVERY ISSUES AND DOCUMENTATION; DEPO PREP OF R. PRICE AND A. LOEFF; LEGAL RESEARCH ON NON-COMPETE BLACK LETTER LAW AND PROVIDE TO J. SAFFER | 02/15/10 | 9.60 |
| JSW | MEET WITH B. COOK AND K. HARRIS RE EOST DISCOVERY RESPONSES AND PREPARATION FOR DEPOSITIONS | 02/15/10 | 3.50 |
| JSW | PREPARE K. HARRIS AND B. COOK FOR DEPOSITION; PREPARE FOR GREENE DEPOSITION; NUMEROUS COMMUNICAITONS WITH OPPOSING COUNSEL RE DISCOVERY ISSUES; REVIEW DOCUMENT PRODUCTION BY EOST | 02/15/10 | 8.00 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM L. SMITH AND N. MARCH RE DEPOSITIONS AND PRODUCTION OF DOCUMENTS | 02/15/10 | 0.40 |
| JWS | REVIEW CORRESPONDENCE AND DOCUMENTS AND DEVELOP STRATEGY FOR DEPOSITIONS | 02/15/10 | 0.50 |
| JWS | REVISE DRAFT OF INTRODUCTION AND TRADE SECRET ARGUMENTS OF PRETRIAL | 02/15/10 | 2.40 |
| JWS | REVISE DRAFT OF JOINTPRE-TRIAL RE EMPLOYMENT AGREEMENT SECTIONS | 02/15/10 | 2.60 |
| JWS | PREPARE DRAFT OF WITNESS AND EXHIBIT LIST | 02/15/10 | 0.20 |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND DEVELOP STRATEGY FOR DEPOSITIONS | 02/15/10 | 0.30 |
| JAK | MEETING WITH CLIENTS TO DISCUSS K. HARRIS DEPOSITION; FINAL REVIEW AND REVISION OF EXHIBIT AND WITNESS LIST; INSTRUCT FLOOR SUPPORT AS TO BATES LABELING AND COPYING OF EXHIBITS FOR PRODUCTION; REVIEW HEXAPOD E-MAIL FROM CLIENT AND ADD TO EXHIBIT LIST; ADD NOTICE OF STAY TO EOST COUNSEL TO EXHIBIT LIST; REVIEW DOCUMENTATION RELATED TO EOST INTERROGATORY RESPONSE EXH. 1 PROVIDED BY CLIENT AND INSERT RELEVANT DOCUMENTS INTO EXHIBIT LIST AND B. GREENE | 02/16/10 | 0.20 |

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
—— L.L.P. ——
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 16

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     | Description | Date | Hours |
|-----|-------------|------|-------|
|     | DEPOSITION EXHIBITS; REVIEW AND REVISION OF PRE-TRIAL STATEMENT; PHONE CONFERENCE WITH K. MANSFIELD; K. HARRIS DEPOSITION; PREP FOR AND ATTEND R. PRICE DEPOSITION; COMMUNICATIONS WITH OPPOSING COUNSEL TO DISCUSS SUPPLEMENTAL PRODUCTION; CORRESPOND WITH OPPOSING COUNSEL RE LOEFF EXIT INTERVIEW DOCUMENTATION | | |
| JSW | PREPARE FOR AND DEFEND K. HARRIS IN DEPOSITION; FINALIZE WITNESS AND EXHIBIT LIST; TELEPHONE CONFERENCE WITH K. MANSFIELD; RESEARCH RE GANTT CHARTS; PREPARE FOR GREENE DEPOSITION; CONFERENCE WITH J. SAFFER RE PRETRIAL STATEMENT | 02/16/10 | 10.00 |
| JWS | PREPARE FOR AND ATTEND DEPOSITION OF K. HARRIS | 02/16/10 | 6.00 |
| JWS | REVIEW HARRIS EXHIBITS AND DEVELOP STRATEGY FOR DIRECT EXAMINATION OF K. HARRIS | 02/16/10 | 1.40 |
| JAK | ASSIST WITH B. GREENE DEPOSITION AND PREPARATION THEREFORE; MEETING WITH CLIENT TO DISCUSS DOCUMENTATION; REVIEW NEW DOCUMENTATION PROVIDED BY EOST; REVIEW DOCUMENTS AND COMMUNICATIONS FROM CLIENTS; ADD NEW EXHIBITS TO TRIAL EXHIBIT LIST; LEGAL RESEARCH ON RECENT TRADE SECRETS CASE; INSERT NEW CASE LAW INTO JOINT PRETRIAL STATEMENT; REVIEW RCUH SUPPLEMENTAL PRODUCTION AND NOTE IMPORTANT DOCUMENTS; REVIEW LETTER FROM K. MANSFIELD AND CORRESPOND WITH J. SAFFER RE SAME | 02/17/10 | 8.70 |
| JSW | PREPARE FOR AND TAKE GREENE DEPOSITION; PREPARE FOR AND TAKE MUNOZ DEPOSITION; CONFERENCE WITH CLIENTS AND J. SAFFER RE LITIGATION AND TRIAL STRATEGY | 02/17/10 | 8.50 |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND DEVELOP STARTEGY FOR ADDITIONAL DEPOSITIONS AND DIRECT TESTIMONY | 02/17/10 | 1.40 |
| JWS | DEBRIEFING WITH B. COOK AND K. HARRIS RE STRATEGY FOR TRIAL | 02/17/10 | 0.30 |
| JWS | REVIEW DOCUMENTS AND DEBRIEF DEPOSITION AND DEVELOP STRATEGY FOR DIRECT | 02/17/10 | 0.80 |
| JWS | ATTEND DEPOSITION OF J. MUNOZ | 02/17/10 | 0.30 |
| JWS | REVIEW LETTER FROM K. MANSFIELD AND PREPARE CORRESPONDENCE TO K. NYE | 02/17/10 | 0.30 |
| JAK | MEETING WITH CLIENT TO DISCUSS STRATEGY, NEXT STEPS AND DEPOSITION PREP; CONTINUED REVIEW OF VARIOUS DOCUMENTATION; REVIEW A. LOEFF DOCUMENTATION; PREP FOR A. LOEFF DEPOSITION; ATTEND B. COOK DEPOSITION; REVIEW MOTIONS TO QUASH FILED BY RCUH; CORRESPOND RE SAME; CORRESPOND WITH B. | 02/18/10 | 6.60 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
### L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 17

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

| | | | |
|---|---|---|---|
| | COOK RE W. BURGETT DEPOSITION | | |
| JSW | PREPARE AND DEFEND B. COOK AT DEPOSITION; ATTEND LOEFF DEPOSITION; CONFERENCE RE LETTER FROM RCUH RE CONTRACT TERMINATION | 02/18/10 | 6.00 |
| JWS | REVIEW MOTION FOR PROTECTIVE ORDER AND PHONE CONFERENCE WITH K. MANSFIELD RE STATUS OF HEARING | 02/18/10 | 0.60 |
| JWS | PHONE CONFERENCE WITH B. COOK AND K. HARRIS RE STRATEGY AFTER CANCELLATION OF CONTRACT | 02/18/10 | 0.30 |
| JWS | PHONE CONFERENCE WITH N. MARCH RE STATUS OF ADVERSARY | 02/18/10 | 0.20 |
| JAK | MEETING WITH J. WILLIS TO DISCUSS YESTERDAY'S TESTIMONY AND STRATEGIZE RE TODAY'S DEPOSITIONS; ATTEND M. SIMMONS DEPOSITION; REVIEW A. LOEFF CORRESPONDENCE AND PHONE CONFERENCE WITH A. LOEFF TO DISCUSS NEW INFORMATION REMEMBERED AFTER DEPOSITION; CORRESPOND WITH K. MANSFIELD RE PROVISION OF PS-1 DESIGN STUDY; DEFEND W. BURGETT DEPOSITION; MEETING WITH CLIENT TO DISCUSS SETTLEMENT NEGOTIATIONS; REVIEW EOST MOTION FOR EXPEDITED HEARING AND EMERGENCY MOTION | 02/19/10 | 11.20 |
| JSW | COMMUNICATIONS WITH OPPOSING COUNSEL RE DISCOVERY STATUS AND POSSIBLE SETTLEMENT DISCUSSIONS; ATTEND BURGETT DEPOSITION; CONFERENCES WITH B. COOK, K. HARRIS, J. SAFFER AND J. KROEGER RE LITIGATION STRATEGY AND POSSIBLE SETTLEMENT | 02/19/10 | 4.50 |
| JWS | MEETING WITH J. WILLIS AND DEVELOP STRATEGY FOR SETTLEMENT | 02/19/10 | 0.50 |
| JWS | SETTLEMENT CONFERENCE AND PHONE CONFERENCES WITH N. MARCH AND DEVELOP STRATEGY FOR RELIEF | 02/19/10 | 1.20 |
| JWS | ATTEND DEPOSITION OF W. BURGETT AND PREPARE CORRESPONDENCE TO N. MARCH RE CONDUCT OF DEPOSITION | 02/19/10 | 0.40 |
| JSW | RULE 408 COMMUNICATIONS WITH L. SMITH | 02/20/10 | 0.50 |
| JAK | CORRESPONDENCE WITH J. WILLIS AND OPPOSING COUNSEL RE SETTLEMENT AND UPCOMING DEPOSITIONS; CORRESPOND WITH CLIENT RE UPCOMING SCHEDULE | 02/21/10 | 0.60 |
| JSW | COMMUNICATIONS WITH OPPOSING COUNSEL RE DEPOSITIONS AND SETTLEMENT NEGOTIATIONS | 02/21/10 | 0.50 |
| JAK | COMMUNICATE AND PREP FOR M. STOUT DEPOSITION; DRAFT TRIAL SUBPOENA FOR M. SIMMONS; ISSUE SUBPOENA FOR M. SIMMONS AND DISCUSS SAME WITH J. PENNY; CORRESPONDENCE RE J. MORGAN DEPOSITION AND STATUS OF PS-1; DEFEND M. STOUT DEPOSITION; REVIEW NEW DOCUMENTATION PROVIDED BY EOST; | 02/22/10 | 7.10 |

FEDERAL TAX ID NUMBER 86-0089731

**Snell & Wilmer**
———L.L.P.———
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 18

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

|     |     |     |     |
| --- | --- | --- | --- |
|     | COMMUNICATE WITH J. SAFFER AND J. WILLIS RE STATUS OF SETTLEMENT NEGOTIATIONS AND RCUH OFFER TO WITHDRAW OBJECTION TO MOTION TO ASSUME; REVIEW VARIOUS DEPOSITION TRANSCRIPTS |     |     |
| JSW | MEET WITH B. COOK RE SETTLEMENT PROSPECTS; NUMEROUS CONFERENCES WITH J. SAFFER AND OPPOSING COUNSEL RE TRIAL ISSUES | 02/22/10 | 1.70 |
| JWS | REVIEW AND RESPOND TO CORRESPONDENCE FROM L. SMITH RE R. PRICE DEPOSITION AND FURTHER DEPOSITIONS | 02/22/10 | 0.20 |
| JWS | DEVELOP STARTEGY FOR DEPOSITION OF M. STOUT | 02/22/10 | 0.20 |
| JWS | MEETING WITH B. COOK AND DEVELOP STARTEGY FOR M. STOUT DEPOSITION | 02/22/10 | 0.40 |
| JWS | REVIEW ROM EXHIBITS AND DEVELOP STRATEGY FOR TRIAL | 02/22/10 | 0.60 |
| JWS | PHONE CONFERENCES WITH E. FELLA AND K. NYE RE ASSUMPTION | 02/22/10 | 0.40 |
| JWS | PHONE CONFERENCES WITH N. MARCH AND C. TURNBULL RE SCHEDULING | 02/22/10 | 0.40 |
| JWS | PHONE CONFERENCE WITH K. MANSFIELD RE PREPARATION FOR DEPOSITION OF J. MORGAN | 02/22/10 | 0.20 |
| JAK | MEETING WITH CLIENT AND PREP FOR B. GREENE DEPOSITION; REVIEW NEW TRADE SECRET CASES; CONTINUE REVIEW OF RELEVANT DOCUMENTATION; STRATEGY MEETING WITH CLIENT AND COUNSEL TO DISCUSS NEXT ACTIONS AND APPROACH TO CASE; PREP FOR TOMORROW'S HEARING; FURTHER REVIEW AND REVISION OF EXHIBIT LIST; DRAFT STIPULATIONS RE HEARING TIME AND PRETRIAL STATEMENT; PREPARE NEW PRODUCTION TO EOST OF M1 AND M2 SUPPORTS AND ADD SAME TO EXHIBIT LIST; DRAFT PROPOSED ORDER; OBTAIN APPROVAL TO FILE STIPULATION AND ORDER; PHONE CONFERENCE WITH CLIENT TO DISCUSS TRIAL EXHIBITS AND STRATEGY; PREPARE B. COOK DIRECT EXAMINATION AND EXHIBITS | 02/23/10 | 6.70 |
| JSW | DEPOSITION OF B. GREENE; CONFERENCE WITH B. COOK AND K. HARRIS RE TRIAL; NUMEROUS TELEPHONE CONFERENCES WITH OPPOSING COUNSEL RE TRIAL ISSUES; CONFERENCES WITH J. SAFFER RE SAME | 02/23/10 | 3.00 |
| JWS | PHONE CONFERENCES WITH K. NYE AND COORDINATE FILING OF STIPULATION TO ASSUME | 02/23/10 | 0.40 |
| JWS | MEETING WITH B. COOK AND K. HARRIS RE STIPULATION TO ASSUME | 02/23/10 | 0.30 |
| JWS | PHONE CONFERENCES WITH C. TUIRNBULL AND N. MARCH AND L. SMITH RE SETTLEMENT AND TIMING | 02/23/10 | 0.70 |
| JWS | REVIEW CORRESPONDENCE AND DEVELOP STRATEGY FOR SETTLEMENT OR TRIAL | 02/23/10 | 0.80 |

FEDERAL TAX ID NUMBER 86-0089731

# Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000

Denver
Las Vegas
Los Angeles
Orange County
Phoenix
Salt Lake City
Tucson

BRUCE HYDE COOK
APPLIED TELEDYNAMICS, LLC

INVOICE DATE: 3/23/2010
CLIENT ID: 56805

56805.0002 - (Cont.)
Page 19

**DUE UPON RECEIPT**
WHEN MAKING PAYMENT, PLEASE REFER TO OUR CLIENT ID
(ABOVE) AND INCLUDE GREEN REMITTANCE COPY

---

| | | | |
|---|---|---|---|
| JWS | PHONE CONFERENCE WITH B. COOK AND K. HARRIS RE TRIAL PREPARATION | 02/23/10 | 0.40 |
| JWS | PHONE CONFERENCE WITH B. COOK AND K. HARRIS RE SETTLEMENT AND TRIAL OPTIONS | 02/23/10 | 0.40 |
| JWS | ASSEMPBLE TRIAL EXHIBITS AND PREPARE OUTLINE FOR DIRECT TESTIMONY AND PREPARE FOR TRIAL | 02/23/10 | 1.20 |
| JAK | PREP FOR AND ATTEND ADVERSARY PROCEEDING; PREPARE EXHIBITS AND EXHIBIT LIST AND DELIVER TO BANKRUPTCY COURT; REVIEW AND REVISION OF JOINT PRE-TRIAL STATEMENT; PREPARE TRIAL EXHIBITS; STRATEGIZE WITH J. SAFFER RE SETTLEMENT AND TRIAL; ATTEND J. MORGAN DEPOSITION | 02/24/10 | 9.90 |
| JWS | MEETING WITH B. COOK AND K. HARRIS RE PREPARE FOR TRIAL | 02/24/10 | 1.50 |
| JWS | PREPARE FOR AND ATTEND TRIAL DAY 1 | 02/24/10 | 1.30 |
| JWS | ATTEND SETTLEMENT MEDIATION | 02/24/10 | 4.50 |
| JWS | PHONE CONFERENCES WITH K. MANSFIELD AND K. NYE RE SETTLEMENT | 02/24/10 | 0.60 |
| JAK | PREPARE EXHIBITS FOR B. GREENE DEPOSITION; MEETING WITH J. SAFFER AND J. WILLIS TO DISCUSS STATUS OF SETTLEMENT COMMUNICATIONS; SUPERVISE PREPARATION OF FINAL TRIAL EXHIBITS; FINAL REVIEW AND REVISION OF JOINT PRE-TRIAL STATEMENT; REVIEW SETTLEMENT AGREEMENT; COMMUNICATE WITH J. PENNY RE SETTLEMENT; CANCEL TRANSCRIPTS AND ORDER J. MORGAN TRANSCRIPT | 02/25/10 | 3.30 |
| JSW | CONFERENCE WITH CLIENTS AND OPPOSING COUNSEL RE SETTLEMENT; DRAFT AGREEMENT; CONFERENCES WITH J. SAFFER RE SAME | 02/25/10 | 3.00 |
| JWS | MEETING WITH B. COOK AND K. HARRIS AND ATTEND SETTLEMENT DISCUSSIONS | 02/25/10 | 3.00 |
| JAK | COMMUNICATE WITH COURT REPORTER RE PROVISION OF J. MORGAN DEPOSITION TRANSCRIPT | 02/26/10 | 0.10 |

| | | |
|---|---|---|
| PROFESSIONAL SERVICES: | 307.20 | $85000.00 |
| TOTAL CURRENT: | | $85000.00 |
| BALANCE FORWARD: | | $25000.00 |
| PAYMENTS AND ADJUSTMENTS: | | $25000.00- |
| TOTAL DUE: | | $85000.00 |